IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. MACKSON, SR,

    Plaintiff,

 v.

RANDY GROUNDS, et al.,

    Defendants.

No. C 11-00868 SBA (PR)

**ORDER DISMISSING SUPERVISORY LIABILITY CLAIM AGAINST DEFENDANT GROUNDS**

    In an Order dated October 25, 2011, the Court directed Plaintiff to amend his supervisory liability claim against Defendant Randy Grounds. The Court gave Plaintiff thirty days from the date of the aforementioned Order to file an amendment to the complaint. He was warned the failure to do so would result in dismissal of his supervisory liability claim without prejudice. The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so.

    IT IS HEREBY ORDERED that the supervisory liability claim against Defendant Grounds is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

DATED: 12/12/11

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\CR.11\Mackson0868.dismissGROUNDS.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L MACKSON SR,

        Plaintiff,

v.

/ et al,

        Defendant.

Case Number: CV11-00868 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan L. Mackson D-98163
Cedar Hall A-107L
P.O. Box 600
Chino, CA 91708

Dated: December 13, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Mackson0868.dismissGROUNDS.wpd    2